**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                           CASE NO: 3:03CR111-001/LAC

WILLIAM E. BRADSHAW,
    Defendant.

_____/

## ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 Motion (doc 38) advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his substantial assistance to the Government in the prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced on Count I from life to 180 months. The sentences on Count 2 and 3 shall remain as originally imposed. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 28 May 2004 shall remain unchanged.

    **ORDERED** this 22nd day of November, 2006.

                                                       *s/L.A. Collier*
                                                      LACEY A. COLLIER
                                      Senior United States District Judge