# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO. 3:03cr111/LAC

WILLIAM BRADSHAW

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on June 13, 2008

Motion/Pleadings: MOTION OF CORAM NOBIS TO CHALLENGE SUBJECT MATTER JURISDICTION AND ERROR

Filed by William Bradshaw pro se    on    6/12/08    Doc.#    40

RESPONSES:

IN OPPOSITION BY GOVT    on    6/16/08    Doc.#    41

                                      on               Doc.#

____ Stipulated      ____ Joint Pldg.
____ Unopposed     ____ Consented

                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             *s/ S. Simms*

LC (1 OR 2)                              Deputy Clerk: S. Simms

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of June, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

                                                   *s/L.A. Collier*
                                                   ***LACEY A. COLLIER***
                                         ***United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.