UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:03cr111 LAC

WILLIAM BRADSHAW

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___JULY 30, 2008___
Motion/Pleadings: __PETITION FOR WRIT OF AUDITA QUERELA AND MEMO__
Filed by _DEFENDANT PRO SE_ on _7/23/08_ Doc.# _43_

RESPONSES:
IN OPPOSITION BY GOVERNMENT on _7/30/08_ Doc.# _44_
_____ on _____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_s/Mary Maloy_
LC (1 OR 2)                                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11*[th] *day of August, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) A Rule 2255 motion by any other name is still a Rule 2255 motion as this one is found to be.  It is therefore untimely.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.