**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                                          3:03cr111/LAC

**WILLIAM E. BRADSHAW**

---

### ORDER

The defendant has filed a notice of appeal of this court's August 11, 2008 order denying his petition for a writ of audita querela. (Doc. 46). Defendant's notice of appeal is properly construed as a request for a certificate of appealability.[1] However, a certificate of appealability is not required to appeal the denial of such a writ. See *United States v. Garza,* 185 Fed.Appx. 430 (5th Cir. 2006); *United States v. Topsy*, 181 F.3d 96 (5th Cir. 1999). To the extent that defendant's petition was construed as an untimely § 2255 motion, the court finds that the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and his request for a certificate of appealability should be denied.

Defendant's motion to proceed *in forma pauperis* on appeal (doc. 51) will also be denied as the appeal is not taken in good faith and defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). He shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 2nd  day of October, 2008

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).