# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO. 3:03CR111/LAC/MD

WILLIAM E BRADSHAW

## REFERRAL AND ORDER

Referred to Senior Judge Lacey Collier on **October 6, 2008**
Motion/Pleadings: **MOTION FOR CERTIFICATE OF APPEALABILITY**
Filed by **Defendant** on **10/3/08** Doc.# **58**
RESPONSES:

                                                          on                Doc.#
                                                          on                Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of October, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc 56.*

*s/L.A. Collier*
**Lacey A. Collier**
**United States Senior District Judge**