AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1

# UNITED STATES DISTRICT COURT

## Northern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| WILLIAM E. BRADSHAW | |
| | Case No.   3:03-cr-111/LAC |
| | USM No. 05756-017 |
| | Lauren Cobb, Assistant Federal Public Defender |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)   __1 through 6__   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance: 3/12/2022, | |
| | 3/18/2020, 11/6/2020, 11/10/2020, 11/19/2020, 12/10/2020, | |
| | and 12/17/2020 | 12/17/2020 |
| | (Continued on next page) | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1054

Defendant's Year of Birth:    1961

City and State of Defendant's Residence:
Pensacola, Florida

05/31/2022
Date of Imposition of Judgment

Signature of Judge

Lacey A. Collier, Senior U.S. District Judge
Name and Title of Judge

1 June 22
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

Judgment—Page    2    of    3

DEFENDANT:  WILLIAM E. BRADSHAW
CASE NUMBER:  3:03-cr-111/LAC

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | Untruthful Answers to Inquiries by the Probation Officer and Failure to Follow Instructions of the Probation Officer | 08/16/2021 |
| 3 | Untruthful Answers to Inquiries by the Probation Officer and Failure to Follow Instructions of the Probation Officer | 08/19/2021 |
| 4 | Untruthful Answers to Inquiries by the Probation Officer and Failure to Follow Instructions of the Probation Officer | 08/24/2021 |
| 5 | Untruthful Answers to Inquiries by the Probation Officer and Failure to Follow Instructions of the Probation Officer | 08/25/2021 |
| 6 | Failure to Notify Probation Officer at Least 10 Days Prior to Any Change in Residence or Employment | 08/27/2021 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT: WILLIAM E. BRADSHAW
CASE NUMBER: 3:03-cr-111/LAC

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Thirteen (13) months, with no supervision to follow.

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at   _____   ☐   a.m.   ☐   p.m.   on   _____   .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on   _____   .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
       DEPUTY UNITED STATES MARSHAL